Pro Se 1 (Rev 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 DEC 14 PM 4:33

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
for the
___10___ District of ___CO___

___CIVIL___ Division

Kay Page )
 )
 )
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
 )
24/7 Intouch )
Ascenda USA Inc. )
 )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

 A. **The Plaintiff(s)**

 Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

 | | |
 |---|---|
 | Name | Kay Page |
 | Street Address | 1064 Zeno Way, #104 |
 | City and County | Aurora, Arapahoe |
 | State and Zip Code | CO 80017 |
 | Telephone Number | (720)369-9277 |
 | E-mail Address | kmpage24@gmail.com |

 B. **The Defendant(s)**

 Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | 24/7 Intouch (Headquarters) |
| Job or Title *(if known)* | |
| Street Address | 240 Kennedy Street, 2nd Floor |
| City and County | Winnipeg |
| State and Zip Code | Manitoba, R3C 1T1  Canada |
| Telephone Number | (800)530-1121 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Ascenda USA Inc. (office where plaintiff worked) d/b/as 24/7 Intouch |
| Job or Title *(if known)* | |
| Street Address | 14001 E Iliff Ave, Ste 600, 6th Floor |
| City and County | Aurora, Arapahoe |
| State and Zip Code | CO 80014 |
| Telephone Number | (844)931-1087 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Americans with disabilities act

2. Title VII of the Civil Rights Act of 1964

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount is $175,000 for,
a. major depression, anxiety distress after HR and management knew of my mental illnesses.
b. having HR offend, intimidate and oppress in a meeting.
c. never receiveing a pay raise when Wes Bateman, director, gave everybody else a raise of $2.00 to $4.00 per hour, including managers.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. American Disability Act
   a. 12/19/18 -- sent email to Jerry Rodrigez, ops mgr, telling him Jake Rodgers, mgr, was having an affair with a subordinate named Paige. 1.) 12/22/18 -- in an HR office, an HR rep, Jerry, ops mgr, Jake, mgr, wrote me up for being unprofessional, but it was not a final. b. 2/21/19 -- gave Diana, HR rep, disability papers signed by my doctor and me. c. 5/04/19 -- Wes Bateman, director, made me wait three days to book an Airbnb. d. 6/01/19 -- Wes Bateman, director, never gave me a raise, when he gave everone else a raise, including management.
   e. 7/04/19 -- gave a three page letter to Diana, HR rep, about all the bad things that were happening to me by

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual damages -- $25,000, wrongs not continuing because I was terminated.
1. Damages for having major ongoing depression and anxiety; and HR and management knowing.
2. Damages for never getting a pay raise when everyone else did, including managers.
Punitive damages -- $150.000 -- to protect me and others who worked/work for 24/7 Intouch and have depression and anxiety AND deserve a pay raise when everyone else recieved one, including a $4.00/hour raise for certain managers. To protect 24/7 Intouch workers when a doctor has taken time to fill out paper work that protects the patient from 24/7 Intouch's illegal practices and hostile environment

Attachment of statement to page 4, so everything can be read.

**Statement of Claim**

1. American Disability Act

a) 12/19/18 -- sent email to Jerry Rodrigez, ops mgr, telling him Jake Rodgers, mgr, was having an affair with a subordinate named Paige. 1.) 12/22/18 -- in an HR office, an HR rep, Jerry, ops mgr, Jake, mgr, wrote me up for being unprofessional, but it was not a final. b) 2/21/19 -- gave Diana, HR rep, disability papers signed by my doctor and me. c) 5/04/19 -- Wes Bateman, director, made me wait three days to book an Airbnb. d) 6/01/19 -- Wes Bateman, director, never gave me a raise, when he gave everyone else a raise, including management. e) 7/04/19 -- gave a three page letter to Diana, HR rep, about all the bad things that were happening to me by management. f) 07/30/19 -- written up by Diana and Wes Bateman for being unprofessional and racist. The write up was given to me by David Clark, my last mgr, in a small office room. Around 07/15/19, two black men would not give me my work key at the start of my shift. These two men complained to HR. HR believed them. g) 07/30/19 -- same day, I turned on my recording device and went to Diana's office. Diana was offensive and hostile towards me. Also oppressive. Ben Price was also in this meeting. h) 08/01/19 -- called to Andrew's office. Manager of HR is Andrew. I turned my recording device on and learned I was fired.

2. Title VII of the Civil Rights Act of 1964

a) Kat Rubalcava, co worker at the time wanted more pay for herself, so she spent three months at her work desk writing a petition for everyone to receive a raise. She hardly did her regular work and management supported her petition effort. b) In 06//2019, Wes Bateman, director, decided to give everyone a raise, but me.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/14/2020

Signature of Plaintiff: *Kay M. Page*
Printed Name of Plaintiff: *Kay M. Page*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Page 5 of 5