IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03664-GPG

KAY PAGE,

    Plaintiff,

v.

24/7 INTOUCH,
ASCENDA USA, INC.,

    Defendants.

## ORDER DISMISSING CASE

    Plaintiff Kay Page is a resident of Aurora, Colorado. She commenced this action *pro se* on December 14, 2020 (ECF No. 1), and on February 16, 2021, she filed an Employment Discrimination Complaint (ECF No. 8). On March 16, 2021, she filed a Motion to Dismiss Case (ECF No. 11) asking that the Court dismiss this action. The Court construes the motion as a notice of voluntary dismissal.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No responsive pleading or dispositive motion has been filed by the opposing party in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the

file.  See Hyde Constr. Co., 388 F.2d at 507.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  See Coppedge v. United States, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal Plaintiff must also pay the full $505 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to the Motion to Dismiss Case (ECF No. 11) filed March 16, 2021, which the Court construes as a notice of voluntary dismissal.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  19th  day of    March    , 2021.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court